

## IN THE DISTRICT COURT OF PHILADELPHIA COUNTY PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>WILLIAM G. JAMISON, ET AL.,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-04464<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served WILLIAM G. JAMISON the above process on the 13 day of December, 2016, at 12:16 o'clock, PM, at 2012 FERNON STREET PHILADELPHIA, PA 19145, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of **Pa**           )
                                       ) SS:
County of **Berks**                    )

Before me, the undersigned notary public, this day, personally, appeared **Eric Afflerbach** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **14** day of **Dec**, 20**16**.

_____
Notary Public

File Number: USA-158039
Case ID #: 4763581

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017